**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re Acthar Gel Sales and Marketing Litigation** | MDL- 2999 |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related

Action served via ECF, email or first-class mail on June 2, 2021 to the following:

**Clerk of Courts**

| | |
|---|---|
| Clerk of Court<br>Northern District of Illinois<br>Stanley J. Roszkowski U.S. Courthouse<br>327 South Church Street<br>Rockford, Illinois 61101 | Clerk of Court<br>Central District of California,<br>Western Division<br>First Street Courthouse, 350 West 1st Street,<br>Courtroom 7D, Los Angeles, California |
| Clerk of Court<br>Eastern District of Pennsylvania<br>601 Market Street, Room 13613<br>Philadelphia, Pennsylvania 19106 | Clerk of Court<br>Northern Central District of California<br>San Francisco Courthouse<br>Courtroom E- 15th Floor<br>450 Golden Gate Avenue, San Francisco, CA 94102 |
| Clerk of Court<br>District of New Jersey, Camden Vicinage<br>Mitchell H. Cohen Building<br>& U.S. Courthouse<br>4th & Cooper Streets<br>Room 1050<br>Camden, NJ 08101 | Clerk of Court<br>Northern District of Georgia<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 |
| Clerk of Court<br>Western District of Tennessee<br>Clifford Davis and Odell Horton Federal Building<br>167 N. Main Street<br>Memphis, Tennessee 38103 | |

**Served via email**

| PLAINTIFFS COUNSEL | | |
|---|---|---|
| Peter J. Flowers, Esq.<br>Jonathan P. Mincieli, Esq.<br>**MEYERS & FLOWERS, LLC**<br>*Counsel for City of Rockford, Steamfitters Local 420, IUOE Local 542, Plumbers Local 322 and Acument* | 3 North Second Street, Suite 300<br>St. Charles, IL 60174<br>T: 630-232-6333<br>F: 630-845-8982<br>pjf@meyers-flowers.com<br>jpm@meyers-flowers.com | |
| Dion G. Rassias, Esq.<br>Jillian E. Johnson, Esq.<br>**THE BEASLEY FIRM, LLC**<br>*Counsel for City of Rockford, Steamfitters Local 420, IUOE Local 542, Plumbers Local 322 and Acument* | 1125 Walnut Street<br>Philadelphia, PA 19107<br>T: 215-592-1000<br>dgr@beasleyfirm.com<br>Jill.johnston@beasleyfirm.com | |
| James R. Bartimus<br>Anthony L. DeWitt<br>**BARTIMUS, FRICKLETON, ROBERTSON, RADAR PC**<br>*Counsel for City of Rockford, Steamfitters Local 420, IUOE Local 542, Plumbers Local 322 and Acument* | 11150 Overbrook Road, Suite 200<br>Leawood, Kansas 66211<br>T: 913-266-2300<br>F: 913-266-2366<br>jb@bflawfirm.com<br>ALDewitt@bflawfirm.com | |
| Patrick M. Ardis, Esq.<br>Daniel V. Parish, Esq.<br>**WOLFF ARDIS, P.C.**<br>*Counsel for Acument* | 5810 Shelby Oaks Drive<br>Memphis, TN 38134<br>Ph: 901-763-3336<br>Fax: 901-763-3376<br>pardis@wolffardis.com<br>dparish@wolfardis.com | |
| David M. Hundley<br>Tracy L. Turner<br>Anna K. Higgins<br>**Pendley, Baudin & Coffin, LLP**<br>*Counsel for MSP, Mao-MSO Recovery II, LLC, Series PMPI* | 1100 Poydras St Ste 2225<br>New Orleans, LA 70163<br>(504) 355-0086<br>dhundley@pbclawfirm.com<br>tturner@pbclawfirm.com<br>ahiggins@pbclawfirm.com | |
| Robert Brent Wisner<br>Adam Michael Foster<br>Pedram Esfandiary<br>**Baum Hedlund Aristei & Goldman**<br>*Counsel for MSP, Mao-MSO Recovery II, LLC, Series PMPI* | 12100 Wilshire Blvd, Suite 950<br>Los Angeles, CA 90025<br>(310) 207-3233<br>rbwisner@baumhedlundlaw.com<br>afoster@baumhedlundlaw.com<br>pesfandiary@baumhedlundlaw.com | |

| | | |
|---|---|---|
| Douglas R. Haynie, Esq.<br>Daniel W. White, Esq.<br>**Haynie, Litchfield & White, P.C.**<br>*Counsel for City of Marietta* | 222 Washington Avenue<br>Marietta, GA 30060<br>Phone (770) 422-8900<br>Fax (770) 424-8900<br>dhaynie@hlw-law.com<br>dwhite@hlw-law.com | |
| Jordan L. Lurie<br>Ari Y. Basser<br>**POMERANTZ LLP**<br>*Counsel for City of Marietta* | 1100 Glendon Avenue<br>15th Floor<br>Los Angeles, CA 90024<br>Phone (310) 432-8492<br>jllurie@pomlaw.com<br>abasser@pomlaw.com | |
| Gary S Lincenberg, Esq.<br>Marc E Masters, Esq.<br>**Bird Marella Boxer Wolpert Nessim Drooks Lincenberg and Rhow**<br>*Counsel for Humana* | 1875 Century Park East 23rd Floor<br>Los Angeles, CA 90067-2561<br>Tel: 310-201-2100<br>Fax: 310-201-2110<br>Glincenberg@birdmarella.com<br>Mmasters@birdmarella.com | |
| Benjamin E Waldin, Esq.<br>James W Joseph, Esq.<br>Scott C Solberg, Esq.<br>**Eimer Stahl LLP**<br>*Counsel for Humana* | 224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>Tel: 312-660-7631<br>Fax: 312-692-1718<br>Bwaldin@eimerstahl.com<br>Jjoseph@eimerstahl.com<br>Ssolberg@eimerstahl.com | |
| Peter D. St. Phillip<br>**LOWEY DANNENBERG, P.C.**<br>*Counsel for HCSC* | 44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>PStPhillip@lowey.com | |
| Todd M. Schneider<br>Jason H. Kim<br>Matthew S. Weiler<br>Kyle G. Bates<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>*Counsel for HCSC* | 2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br>TSchneider@schneiderwallace.com<br>JKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br>KBates@schneiderwallace.com | |
| Charlene Keller Fullmer, Esquire<br>Colin Michael F.X. Cherico, Esquire<br>Gregory B. David, Esquire<br>Marilyn S. May, Esquire<br>**U.S. ATTORNEY'S OFFICE**<br>*Counsel for The United States of America, Department of Justice in Strunck, et. al.* | 615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>charlene.fullmer@usdoj.gov<br>colin.cherico@usdoj.gov<br>gregory.david@usdoj.gov<br>marilyn.may@usdoj.gov | |

3

| | | |
|---|---|---|
| Jason Karasik<br>**Powell Trachtman, P.C.**<br>*Counsel for The State of California, The State of Delaware, The State of Florida, The State of Georgia, The State of Hawaii, The State of Illinois, The State of Indiana, The State of Louisiana, The State of Michigan, The State of Montana, The State of Nevada, The State of New Jersey, The State of New Mexico, The State of New York, The State of Oklahoma, The State of Rhode Island, The State of Tennessee, The State of Texas, The State of Wisconsin, The Commonwealth of Massachusetts, The Commonwealth of Virginia, The District of Columbia, The City of Chicago, The State of Connecticut, The State of Colorado* | 475 Allendale Road Suite 200<br>King of Prussia, PA 19406<br>610-631-5166<br>J.S.Karasik@gmail.com | |
| **DEFENSE COUNSEL** | | |
| Jonathan D. Weiss, Esq.<br>Lynne N. Nahmani, Esq.<br>Matthew J. Behr, Esq.<br>**Marshall Dennehey Warner Coleman & Goggin**<br>*Counsel for Mallinckrodt Defendants* | 15000 Midatlantic Drive<br>Suite 200<br>PO Box 5429<br>Mount Laurel, NJ  08054<br>Ph: 856-414-6000<br>Fax: 856-414-6077<br>jdweiss@mdwcg.com<br>lnnahmani@mdwcg.com<br>mjbehr@mdwcg.com | |
| Daniel Sherry, Esquire<br>Wendy Bracaglia, Esquire<br>**Marshall Dennehey Warner Coleman & Goggin**<br>*Counsel for Mallinckrodt Defendants* | 620 Freedom Business Center, Suite 300<br>King of Prussia, PA 19406<br>610-354-8250; *fax 610-354-8299*<br>djsherry@mdwcg.com<br>wjbracaglia@mdwcg.com | |
| Adam Pergament, Esq.<br>Laura Shores, Esq.<br>Michael B. Bernstein, Esq.<br>Matthew M. Wolf, Esq.<br>Ryan Z. Watts, Esq.<br>Sonia Kuester Pfaffenroth, Esq. | 601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001<br>Ph: 202-942-5000<br>Adam.pergament@arnoldporter.com<br>Laura.shores@arnoldporter.com | |

4

| | | |
|---|---|---|
| **Arnold & Porter Kaye Scholer, LLP**<br>*Counsel for Mallinckrodt Defendants* | Michael.b.bernstein@arnoldporter.com<br>Matthew.wolf@arnoldporter.com<br>Ryan.watts@arnoldporter.com<br>sonia.pfaffenroth@arnoldporter.com | |
| Mitchell S. Ettinger (admitted *pro hac vice*)<br>John T. Bentivoglio (admitted *pro hac vice*)<br>Jennifer L. Spaziano (admitted *pro hac vice*)<br>Avia Dunn (admitted *pro hac vice*)<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>*Counsel for Mallinckrodt Defendants* | 1440 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>mitchell.ettinger@skadden.com<br>john.bentivoglio@skadden.com<br>jen.spaziano@skadden.com<br>avia.dunn@skadden.com | |
| John N. Joseph, Esq.<br>**Post & Schell, P.C.**<br>*Counsel for Mallinckrodt Defendants* | Four Penn Center, 14th Floor<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>Telephone: (215) 587-1191<br>Facsimile: (215) 320-4190<br>jjoseph@postschell.com | |
| Daniel W. Van Horn, Esq.<br>Diana M. Comes, Esq.<br>Kathryn K. Van Namen, Esq.<br>**BUTLER SNOW LLP**<br>*Counsel for Mallinckrodt Defendants* | 6075 Poplar Avenue, 5th Floor<br>Memphis, TN 38119<br>T: (901) 680-7200<br>F: (901) 680-7201<br>Danny.VanHorn@butlersnow.com<br>Diana.Cornes@butlersnow.com<br>Kate.VanNamen@butlersnow.com | |
| Eric C. Lyttle, Esq.<br>Michael D. Bonanno, Esq.<br>Ethan C. Glass, Esq.<br>Meghan A. McCaffrey, Esq.<br>Michael Lyle, Esq.<br>Brian H. Rowe, Esq.<br>John Kirk Goza, Esq.<br>***Quinn Emanuel Urquhart & Sullivan, LLP***<br>*Counsel for United Biosource Corp. Express Scripts, Accredo and Curascript* | 1300 I Street, NW<br>Washington D.C.  20005<br>Ph: 202-538-8162<br>ericlyttle@quinnemanuel.com<br>mikebonanno@quinnemanuel.com<br>ethanglass@quinnemanuel.com<br>meghanmccaffrey@quinnemanuel.com<br>mikelyle@quinnemanuel.com<br>brianrowe@quinnemanuel.com<br>kirkgoza@quinnemanuel.com | |
| Brian M. English, Esq.<br>James J. O'Hara, Esq.<br>**Tompkins McGuire Wachenfield & Barry, LLP** | 3 Becker Farm Rd., 4th Flr.<br>Roseland, NJ 07068<br>Ph: 973-622-3000<br>Fax: 973-623-7780 | |

| | | |
|---|---|---|
| *Counsel for United Biosource Corp. Express Scripts, Accredo, Curascript, Cigna Corporation, and Cigna Holding Company* | benglish@tomlinsmcguire.com<br>johara@tomkinsmcguire.com | |
| Joseph P. Walsh, Esquire<br>**Walsh Pancio**<br>*Counsel for United Biosource Corp. Express Scripts, Accredo and Curascript* | 2028 North Broad Street<br>Lansdale, PA 19446<br>joe@walshpancio.com | |
| Ross Begelman, Esq.<br>Marc Orlow, Esq.<br>**Begelman & Orlow**<br>*Counsel for Lisa Pratta* | 411 Route 70 East, Suite 245<br>Cherry Hill, NJ 08034<br>Ph: 856-428-6020<br>Ross.begelman@begelmanorlow.com<br>Marc.orlow@begelmanorlow.com | |
| Bill Dillon, Esq.<br>Daniel B. Brown, Esq.<br>**Taylor English Duma LLP**<br>*Counsel for James A. Tumlin, M.D.* | 1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>bdillon@taylorenglish.com<br>dbrown@taylorenglish.com | |
| Kirk A. Caraway, Esq.<br>**Allen, Summers, Simpson, Lillie & Gresham, PLLC**<br>*Counsel for James A. Tumlin, M.D.* | Brinkley Plaza<br>80 Monroe Avenue, Suite 650<br>Memphis, TN  3810-2466<br>kcaraway@allensummers.com | |
| Temiika Gipson<br>**County Clerk, Shelby County, TN**<br>*Pro Se Miscellaneous Litigant.*<br><br>*Communication with this Office has resulted in the good faith belief that this is an erroneous listing on the Docket that was added by mistake during the transfer to Federal Court and that Notice of this Motion is not required.* | Circuit Court, 30th Judicial District<br>Shelby County Courthouse<br>140 Adams Ave, Room 224<br>Memphis, TN 38103<br>Temiika.d.gipson@shelbycountytn.gov | |
| **DEFENDANTS IN Law Enforcement Health Benefits Inc v. Trudeau, *et. al* (3:21-cv-50215)** | | |
| Mark Trudeau | 2382 Club Rd., Columbus, OH 43221 | Service in Person (Pending) |
| Hugh O'Neill | 17010 Kennedy Crossing Ct.,Wildwood, MO 63038 | Service in Person (Pending) |

| | | |
|---|---|---|
| Stephen Welch | 15 Sunnybrook Rd., Basking Ridge, NJ 07920 | Service in Person attempted on 5/28/21 |
| Angus Russell | 1366 John Anderson Dr, Ormand Beach, FL 32176 | Service in Person (Pending) |
| David Carlucci | 12 Hilltop Road, Norwalk, CT 06854 | Service in Person (Pending) |
| J. Martin Carroll | 9353 Surfbird Ct., Naples, FL 34120 | Service in Person (Pending) |
| Paul R. Carter | Address to be determined | |
| David Norton | 8 Greenholm St., Apt. C, Princeton, NJ 08540 | Service in Person attempted on 5/28/21 |
| Carlos V. Paya M.D.,PhD | 165 Collingwood St., San Francisco, CA 94114 | Service in Person (Pending) |
| Bryan Reasons | 2 Linden Lane, Chatham, NJ 07928 | Service in Person on 5/28/21 |
| Joann Reed | 205 Tuttle Ave, Spring Lake, NJ 07762 | Service in Person on 5/28/21 |
| Anne C. Whitaker | 516 Crinian Drive, Cary, NC 27513 | Service in Person (Pending) |
| Kneeland Youngblood, M.D. | 4507 N. Lindhurst Ave., Dallas, TX 75229 | Service in Person (Pending) |
| Mallinckrodt, plc | 3 Lotus Park, the Causeway Staines-upon-Thames, Surrey, TW18 3 AG | Service in Person (Pending) |
| Mallinckrodt ARD, LLC | 1425 U.S. Route 206 Bedminster, NJ 07921 | Service in Person (Pending) |
| Questcor International, Ltd | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |

| ST Operations LLC | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
|---|---|---|
| Mallinckrodt International Finance, S.A. | 3b, Boulevard Prince Henri, L-1724 Luxembourg, Grand Duchy of Luxembourg | Service in Person (Pending) |
| Mallinckrodt UK Limited | 3 Lotus Park, the Causeway Staines-upon-Thames, Surrey, TW18 3 AG | Service in Person (Pending) |
| Mallinckrodt Group S.a.r.l. | Herikerberweg 238, Amsterdam 1101CM, Netherlands | Service in Person (Pending) |
| Mallinckrodt Lux IP S.a.r.l. | 675 James S. McDonnell Blvd Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Mallinckrodt Pharma IP Trading Unlimited Co. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Acthar IP Unlimited Co. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Mallinckrodt ARD IP Unlimited Co. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Mallinckrodt IP Unlimited Co. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Mallinckrodt Hospital Products IP Unlimited Co. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Mallinckrodt Pharmaceuticals Ireland, Ltd. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Sonorant Therapeutics, Ltd. | College Business & Technology Park Cruiserath, Blanchardstown, Dublin 15, Ireland. | Service in Person (Pending) |
| Therakos EMEA, Ltd. | College Business & Technology Park | Service in Person (Pending) |

| | | |
|---|---|---|
| | Cruiserath, Blanchardstown, Dublin 15, Ireland. | |
| MEH, Inc. | 701 S Carson St STE 200, Carson City, NV, 89701 | Service in Person (Pending) |
| ST US Holdings, LLC | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Mallinckrodt Brand Pharmaceuticals | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| ST US Pool, LLC | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Mallinckrodt US Holdings, LLC | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Mallinckrodt ARD Holdings, Inc. | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Mallinckrodt Equinox Finance LLC | 385 Marshall Ave, Webster Groves, MO 63119-1831 | Service in Person (Pending) |
| Petten Holdings, Inc. | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Mallinckrodt Petten Holdings B.V. | Herikerberweg 238, Amsterdam 1101CM, Netherlands | Service in Person (Pending) |
| ST Shared Services, LLC | 675 James S. McDonnell Blvd, Hazelwood, MO 63042-2301 | Service in Person (Pending) |
| Cigna Holding Company | 900 Cottage Grove Road, Bloomfield, CT  06002 | Service in Person (Pending) |
| Cigna Corporation | 900 Cottage Grove Road, Bloomfield, CT  06002 | Service in Person (Pending) |
| Express Scripts Holding Company | 1 Express Way, St. Louis, MO 63121 | Service in Person (Pending) |
| Express Scripts, Inc. | 1 Express Way, St. Louis, MO 63121 | Service in Person (Pending) |

| Curascript, Inc. | 6272 Lee Vista Blvd. Orlando, FL 32822 | Service in Person (Pending) |
|---|---|---|
| Curascript SD | 255 Technology Park, Lake Mary, FL 32746 | Service in Person (Pending) |
| Priority Healthcare Corp and Priority Healthcare Distribution. Inc *d/b/a* Curascript SD and Curascript Specialty Distribution SD | 6272 Lee Vista Blvd. Orlando, FL 32822 | Service in Person (Pending) |
| Accredo Health Group, Inc | 1640 Century Center Parkway, Memphis, TN  38134 | Service in Person (Pending) |
| United Biosource Corporation | 920 Harvest Drive, Blue Bell, PA 19422 | Service in Person (Pending) |
| Alix Partners, LLP | 909 Third Avenue, New York, NY  10022 | Service in Person (Pending) |

Respectfully submitted,

Date:  June 2, 2021                    By:     */s/ Donald E. Haviland, Jr*
                                                          Donald E. Haviland, Jr., Esquire
                                                          **Haviland Hughes**
                                                          201 South Maple Avenue, Suite 110
                                                          Ambler, PA 19002
                                                          Phone: (215) 609-4661
                                                          *Counsel  for the City of Rockford and*
                                                          *Certain Plaintiffs in related Actions*